IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

CAROL BARRON,                                          *

                Plaintiff,                              *

v.                                                     Case No.  7:21-cv-147-TQL

                                  *

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.                              *

                                  *

## J U D G M E N T

Pursuant to this Court's Order dated January 12, 2023, and for the reasons stated therein, the Commissioner's decision is AFFIRMED.

JUDGMENT is hereby entered in favor of Defendant.

This 12th day of January, 2023.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk